IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02962-RPM

ABLE PLANET, INCORPORATED,

    Plaintiff,

v.

JOAN PHILLIPS WALDRON and
JOAN BILLINGER BURLEIGH,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [23] filed April 16, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and expenses, including attorneys' fees, incurred in this action, except as set forth in the parties' Settlement Agreement.

    Dated:  April 17th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge